Mark T. Flewelling (#96465)
    mflewelling@afrct.com
Matthew J. Pero (#130746)
    mpero@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division of Wells
Fargo Bank, N.A. ("Wachovia")

**E-Filed 12/2/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MANUEL DE JESUS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA now doing business as WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:10-cv-04212-JF<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference:<br><br>Date:  December 3, 2010<br>Time:  10:30 a.m.<br>Ctrm.:  3<br><br>Proposed Continued Hearing Date:<br><br>Date:  February 4, 2011<br>Time:  9:00 a.m.<br>Ctrm.:  3 |

## STIPULATION

WHEREAS a Case Management Conference is currently scheduled to take place on December 3, 2010 in Ctrm. 3 of the above-entitled court, located at 280 South First Street, San Jose, California, the Honorable Jeremy Fogel, Judge of the United States District Court presiding.

1   Defendant Wachovia Mortgage, a Division of Wells Fargo Bank, N.A. ("Wachovia"), has
2   reserved a hearing on a motion to dismiss plaintiff's first amended complaint for February 4, ~~2010~~ 2011
3   at 9:00 a.m. in Ctrm. 3 of the above-entitled court.

4   WHEREAS the parties believe it is in the interest of judicial economy to have the motion
5   to dismiss and Case Management Conference held for hearing at the same time.

6   WHEREFORE the parties, by and through their respective counsel, hereby stipulate to
7   continue the Case Management Conference for hearing until February 4, ~~2010~~ 2011 at 9:00 a.m. in
8   Ctrm. 3 of the above entitled court.

10  Dated: November 24, 2010          ANGLIN, FLEWELLING, RASMUSSEN,
                                       CAMPBELL & TRYTTEN LLP

12                                     By: _____
13                                         Matthew J. Pero
                                           mpero@afrct.com
                                       Attorneys for Defendant
14                                     WACHOVIA MORTGAGE, a division of Wells
                                       Fargo Bank, N.A.

16  Dated: November 24, 2010          LAW OFFICES OF WENDELL J. JONES

17                                     By: _____
                                           Wendell J. Jones
18                                         wjjones@hightechlawyer.net
                                       Attorneys for Plaintiff
19                                     MANUEL DE JESUS

20                                         **ORDER**

21      Good cause having been shown, IT IS HEREBY ORDERED that the Case
22  Management Conference, currently set to take place on December 3, 2010, at 10:30 a.m. in
23  Ctrm. 3 of the above-entitled court, is continued for hearing until February 4, 2011 at 9:00
24  a.m. in Ctrm. 3 of the above-entitled court.

25                                     _____
26  12/2/2010                          Judge of the United States District Court

C:\Users\Wendell J. Jones\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\FY3FXSY6\Stip Continue CMC (00072217).DOC

2

CASE NO. 5:10-CV-04212-JF
STIP. AND ORDER CONTINUING CMC