1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 2/1/2011**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MANUEL DE JESUS, an individual | Case Number 5:10-cv-04212-JF (HRL) |
| Plaintiff, | ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| WACHOVIA now doing business as WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 50, inclusive, | |
| | [Re: Docket No. 27 ] |
| Defendants. | |

Defendants Wachovia, *et al.* ("Wachovia") move to dismiss all claims in Plaintiff's first amended complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6).[2]  The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of February 4, 2011. *See* Civ. L.R. 7-1(b).

---

[1]     This disposition is not designated for publication in the official reports.

[2]  Plaintiff originally filed the FAC on November 3, 2010, but it was stricken by the Court for failure to amend pursuant to Fed. R. Civ. P. 15(a).  Plaintiff re-filed the FAC on November 22, 2010.

Case No. 5:10-cv-04212-JF (HRL)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE; AND
CONTINUING CASE MANAGEMENT CONFERENCE
(JFLC1)

1    Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one

2  days before the noticed hearing date of February 4, 2011–here, not later than January 14, 2011.

3  *See* Civ. L.R. 7-3(a).  As of the date of this order, Plaintiff has not filed opposition papers.

4  Because the instant motion appears well-taken and is unopposed, the motion will be granted,

5  with leave to amend.  Any amended pleading shall be filed within twenty (20) days after the date

6  of this order.  As the Court directed in its previous dismissal order, any amended pleading must

7  address the arguments made by Wachovia in its moving papers.  Because the instant motion is

8  the second that Plaintiff has failed to oppose, further leave to amend will not be granted without

9  a substantial showing of good cause.

10                                      **ORDER**

11    For good cause shown,

12    (1)    the motion to dismiss Plaintiff's First Amended Complaint is GRANTED, WITH
             LEAVE TO AMEND;
13
       (2)    Defendants' request for judicial notice is DENIED as moot
14
       (3)    the motion to strike portions of Plaintiff's First Amended Complaint also is
15             DENIED as moot;

16    (4)    any amended pleading shall be filed within twenty (20) days after the date of this
             order;
17
       (5)    the hearing date of February 4, 2011 is VACATED; and
18
       (6)    the Case Management Conference set for February 4, 2011 is CONTINUED to
19             April 22, 2011 at 10:30 a.m.

20

21

      DATED: February 1, 2011                    _____
22                                               JEREMY FOGEL
                                                 United States District Judge
23

24

25

26

27

28
                                            2